1  RAYMOND L. WHEELER (CA SBN 52886)
   RWheeler@mofo.com
2  JOSHUA A. GORDON (CA SBN 199763)
   JGordon@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  TIMOTHY G. VERRALL (CA SBN 214667)
   TVerrall@mofo.com
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd.
8  Irvine, California  92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   SIEMENS BUSINESS SERVICES, INC.
11 (erroneously sued as Siemens Corporation)

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 RONALD RIOS, on his own behalf, and on behalf of all others similarly situated,

   Case No.   C05-04697 PJH ADR

17              Plaintiff,

   **[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

18      v.

19 SIEMENS CORPORATION, and DOES 1 through 25, inclusive,

   Date Removed:   November 16, 2005

20

21              Defendant.

22

23      Having reviewed the Stipulation to Continue Case Management Conference and finding it

24 to be in order,

25      IT IS HEREBY ORDERED that the Case Management Conference currently set for

26 April 6, 2006, at 2:30 p.m. be rescheduled to April 27, 2006 at 2:30 p.m.

27 Dated: ____March 23____, 2006    _____
                                    Honorable Phyllis J. Hamilton
28                                  Judge of the United States District Court

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE   CASE NO. C05-04697 PJH ADR
pa-1054769

1