|   |   |
|---|---|
| 1 | RAYMOND L. WHEELER (CA SBN 52886) |
|   | RWheeler@mofo.com |
| 2 | JOSHUA A. GORDON (CA SBN 199763) |
|   | JGordon@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
|   |   |
| 6 | TIMOTHY G. VERRALL (CA SBN 214667) |
|   | TVerrall@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 19900 MacArthur Blvd. |
| 8 | Irvine, California  92612-2445 |
|   | Telephone: 949.251.7500 |
| 9 | Facsimile: 949.251.0900 |
|   |   |
| 10 | Attorneys for Defendant |
|   | SIEMENS BUSINESS SERVICES, INC. |
| 11 | (erroneously sued as Siemens Corporation) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RONALD RIOS, on his own behalf, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.   C05-04697 PJH ADR<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date Removed:   November 16, 2005 |
|---|---|

Having reviewed the Stipulation to Continue Case Management Conference and finding it to be in order,

IT IS HEREBY ORDERED that the Case Management Conference currently set for April 27, 2006, at 2:30 p.m. be rescheduled to May 18, 2006 at 2:30 p.m.

Dated: __April 14__, 2006

_____
Honorable Phyllis J. Hamilton
Judge of the United States District Court

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   CASE NO. C05-04697 PJH ADR
pa-1059831

1